# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ALTON D. BROWN A/K/A POLITICAL PRISONER NO. DL4686, | : No. 124 MM 2014 |
| Petitioner | : |
| v. | : |
| DELAWARE COUNTY COURT OF COMMON PLEAS AND COUNTY CLERK, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Mandamus is **DENIED**.